Scanlon et al. *v.* Cauley, Appellant.

Argued January 10, 1949. Before MAXEY, C. J., DREW, STERN, PATTERSON, STEARNE and JONES, JJ.

*William S. Doty,* with him *Harry C. Ploeger,* for appellant.

*Henry Kauffman,* with him *Louis Little,* for appellees.

PER CURIAM, March 21, 1949:

The order of the court below is affirmed on the opinion of Judge ADAMS.